PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ERIN HIGHLAND, GA Bar No. 153550
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Email: erin.highland@ssa.gov
    Telephone: (206) 615-2495
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| PAUL BRIAN GIFFORD,<br>    Plaintiff,<br>  vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-cv-02093-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Complaint be extended from February 27, 2023, up to and including March 29, 2023. This is the Defendant's first request for an extension. Defendant requests this extension because Defendant has been notified that a certified administrative transcript (CAR) is not yet available in this case. Defendant therefore cannot respond to Plaintiff's Complaint. Once the CAR arrives, Defendant will need to review it for defects before submitting it. For these reasons,

Defendant asks the Court to approve this unopposed motion and extend the deadline to file a response to Plaintiff's Complaint. Plaintiff does not oppose Defendant's request for an extension of time. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                         Respectfully submitted,

Dated:  February 24, 2023            /s/  *Robert C. Weems**
                                               (*as authorized via e-mail on February 24, 2023)
                                               Robert C. Weems
                                               Attorney for Plaintiff

Dated: February 24, 2023             PHILLIP A. TALBERT
                                               United States Attorney
                                               MATHEW W. PILE
                                               Associate General Counsel
                                               Social Security Administration

                                  By:     /s/  *Erin Highland*
                                               Erin Highland
                                               Special Assistant U.S. Attorney
                                               Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 29, 2023 to respond to Plaintiff's Complaint.

Dated:  February 27, 2023

                                                 _____
                                                 CAROLYN K. DELANEY
                                                 UNITED STATES MAGISTRATE JUDGE