Robert C Weems (SBN 148156)
WEEMS LAW OFFICES
526 3rd St., Ste. A-2
San Rafael, CA 94901
Ph: 415.881.7653
Fx: 866.610.1430
Email: rcweems@weemslawoffices.com

Attorney for Plaintiff,
    PAUL BRIAN GIFFORD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BRIAN GIFFORD,<br><br>    Plaintiff,<br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 2:22-cv-02093-CKD (SS)<br>STIPULATION & ORDER |

      Subject to the approval and any further orders of the Court, the parties, by and through counsel of record, stipulate and agree that the scheduling order for Social Security cases in this action [ECF No. 5] should be modified. Plaintiff's time to move for summary judgment should be extended from 7/12/2023 to 7/17/2023, all other deadlines to be determined by reference to the Court's scheduling order, and that good cause supports the extension of time.

      This is plaintiff's third request for modification of the scheduling order. Good cause supporting the extension of the filing deadline includes Plaintiff's counsel has been unable to complete Plaintiff's motion for summary judgment to the professional standards of the Court, due to unforeseen difficulties recovering counsel's working draft and complete drafting despite diligence and requires the further extension to do so because counsel has conflicting appearances in Amador and El Dorado counties on 7/13 and 7/14 precluding finalizing plaintiff's motion before the weekend. This request is made jointly in good faith, without dilatory motive, and not for purposes of undue delay or to prejudice the interest of any party.

SO STIPULATED AND AGREED, July 13, 2023.

| WEEMS LAW OFFICES | PHILLIP A. TALBERT,<br>　United States Attorney<br>MATHEW W. PILE,<br>　Assoc. Gen. Counsel, Soc. Sec. Admin.<br>　Office of Program Litigation, Office 7<br>ERIN HIGHLAND<br>　Sp. Asst. U.S. Attorney |
|---|---|
| */s/Robert C. Weems*<br>ROBERT C. WEEMS,<br>Attorney for Plaintiff | By: */s/Erin Highland*<br>　ERIN HIGHLAND<br>　Sp. Asst. U.S. Attorney<br>　Attorney for Defendant<br>　(per email authorization) |

**ORDER**

SO ORDERED.

July 13, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE