Robert C Weems (SBN 148156)
WEEMS LAW OFFICES
526 3rd St., Ste. A-2
San Rafael, CA 94901
Ph: 415.881.7653
Fx: 866.610.1430
Email: rcweems@weemslawoffices.com

Attorney for Plaintiff,
　　　PAUL BRIAN GIFFORD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BRIAN GIFFORD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 2:22-cv-02093-CKD<br><br>STIPULATION AND ORDER FOR MODIFICATION OF SCHEDULING ORDER |

　　　Subject to the approval and any further orders of the Court, the parties, by and through counsel of record, stipulate and agree that the scheduling order for Social Security cases in this action [ECF No. 5/ECF No. 19] should be modified. Plaintiff's time to move for summary judgment should be extended from 7/17/2023 to 8/1/2023, all other deadlines to be set by reference to the Court's scheduling order, and that good cause supports the extension of time.

　　　This is the third request to modify the scheduling order. Good cause supporting the extension of the filing deadline includes Plaintiff's counsel was unable to complete Plaintiff's motion for summary judgment to the professional standards of the Court until 7/31/23 despite diligence due to unanticipated difficulties preparing Plaintiff's papers by 7/17/23, which proved an overly optimistic estimation of the time required to finish those papers, and subsequent demands of preparing for a 8/4/23 trial in San Mateo and arranging coverage for a colleague who had a medical emergency during the week of 7/23/23. This is a joint request made in good faith, without dilatory motive, and not for purposes of undue delay or to prejudice any party.

SO STIPULATED AND AGREED, August 1, 2023.

| | |
|---|---|
| WEEMS LAW OFFICES | PHILLIP A. TALBERT,<br>    United States Attorney<br>MATHEW W. PILE,<br>    Assoc. Gen. Counsel, Soc. Sec. Admin.<br>    Office of Program Litigation, Office 7<br>ERIN HIGHLAND<br>    Sp. Asst. U.S. Attorney |
| */s/Robert C. Weems* <br>ROBERT C. WEEMS,<br>Attorney for Plaintiff | By:  */s/Erin Highland*<br>ERIN HIGHLAND<br>Sp. Asst. U.S. Attorney,<br>Attorney for Defendant<br>(per email authorization) |

**ORDER**

SO ORDERED.

Dated:  August 3, 2023

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE