PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
MARGARET BRANICK-ABILLA (CSBN 223600)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BRIAN GIFFORD , <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 2:22-cv-02093-CKD <br><br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 45 days, from September 15, 2023 to October 30, 2023, for Defendant to file her Cross-Motion for Summary Judgment.  All other dates in this Court's Scheduling Order shall be extended accordingly.

This is Defendant's first request for an extension of time.  Plaintiff's counsel does not oppose the requested extension.

The undersigned counsel for the Commissioner respectfully submits that good cause exists for the requested extension. Due to ongoing staffing fluctuations and organizational changes, the undersigned counsel for the Commissioner has been tasked with additional duties including serving as a jurisdictional coordinator, reviewing other attorneys' work, training and mentoring new attorneys, and handling more cases, including the above-captioned matter. As a result, and despite diligent efforts to comply with this Court's Scheduling Order, counsel for the Commissioner needs an extension in the instant case to review the administrative record, consider the issues that Plaintiff has raised, confer with her client as necessary, and prepare the Commissioner's Cross-Motion.

Respectfully submitted,

Dated: September 7, 2023          WEEMS LAW OFFICES

                                  By:   /s/ Robert Weems*
                                        ROBERT WEEMS
                                        Attorney for Plaintiff
                                        [*as authorized by email on Sept. 7, 2023]

Dated: September 10, 2023         PHILLIP A. TALBERT
                                  United States Attorney
                                  MATHEW W. PILE
                                  Associate General Counsel
                                  Office of Program Litigation, Office 7

                                  By:   /s/ Margaret Branick-Abilla
                                        MARGARET BRANICK-ABILLA
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that Defendant shall have an extension, up to and including October 30, 2023, to submit her Cross-Motion for Summary Judgment.

Dated: September 10, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE